1  Laurence F. Padway 83914
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Tel: (510) 814-6100
   Fax: (510) 814-0650
4
   Attorneys for Plaintiff
5  DONNA FIDDES

6  Adrienne C. Publicover 161432
   Rebecca Labat Crosby 221241
7  Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
   525 Market Street, 17th Floor
8  San Francisco, CA 94105-2725
   Tel: (415) 433-0990
9  Fax: (415) 434-1370

10 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
11 COMPANY OF AMERICA

12
                        UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14

15 DONNA FIDDES,
                                        No. C05-3788 SC
16
              Plaintiff,                **STIPULATION TO EXTEND THE**
17 vs.                                  **DEADLINE FOR MEDIATION AND**
                                        **(PROPOSED) ORDER**
18
   PRUDENTIAL INSURANCE
19 COMPANY OF AMERICA,

20            Defendant.

21 _____/

22
           Whereas, by order filed February 16, 2006, this Court directed that mediation be
23
   completed by May 16, 2006; and
24

25
           Whereas, on February 28, 2006, this Court appointed Robert S. Venning mediator for
26
   this matter; and
27

28 Stipulation to Extend the Deadline
   for Mediation and (Proposed) Order          1                    C 05 03788 SC

1    Whereas, based upon plaintiff's surgery scheduled for May 9, 2006 it was not

2  practical to schedule the mediation prior to the May 16, 2006 deadline, and whereas, all parties and

3  the mediator have agreed to schedule the mediation for June 22, 2006;

4

5    Now, therefore, the parties stipulate that the deadline for mediation be extended to

6  and including June 22, 2006.

7

8    Dated: April 25, 2006

9

     /s/_____
10   Laurence F. Padway
     Attorney for Plaintiff

11

12   Dated: April 25, 2006

13

     /s/_____
14   Rebecca Labat Crosby
     Attorney for Defendant

15

16

17

18                **ORDER**

19    Good cause appearing, IT IS HEREBY ORDERED that the deadline for mediation be

20  extended to June 22, 2006.

21

22    Dated:    4/27/06

23                        IT IS SO ORDERED

24                        Judge Samuel Conti

25

26

27  Stipulation to Extend the Deadline
    for Mediation and (Proposed) Order                                    C 05 03788 SC
28
                                2