LAURENCE F. PADWAY (SBN 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
DONNA FIDDES


ADRIENNE C. PUBLICOVER (SBN 161432)
REBECCA LABAT CROSBY (SBN 221241)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant,
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA FIDDES,<br><br>    Plaintiff,<br><br>  v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.: C05-3788 SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>Date:  June 30, 2006<br>Time:  10:00 a.m.<br>Judge:  Hon. Samuel Conti |

The parties in the above-entitled action hereby stipulate as follows:

1.   The Court has scheduled a status conference for June 30, 2006 at 10:00 a.m. The Court previously ordered court-sponsored mediation to be completed by June 23, 2006.

2.   Due to defense counsel's scheduling conflicts, and after coordinating the schedules of all parties and the mediator, the parties have agreed to re-schedule this matter for court-sponsored mediation with Robert Venning, Esq. on July 21, 2006.

1

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
456058.1

1        3.       Because the mediation will not occur by June 23, 2006, the parties request
2 that the Court extend the mediation deadline to and including **July 21, 2006.**
3        4.       The parties further agree that the status conference should be continued to **July 28,**
4 **2006** or such other date as soon thereafter that the Court may deem appropriate.

**SO STIPULATED AND AGREED:**

Dated:  June 22, 2006

                LAW OFFICES OF LAURENCE F. PADWAY

                  /s/ Laurence F. Padway
         By: _____
                LAURENCE F. PADWAY, ESQ.
                Attorney for Plaintiff
                DONNA FIDDES

Dated:  June 21, 2006

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


         By:  _____/s/_____Rebecca Labat Crosby_____
                ADRIENNE C. PUBLICOVER
                REBECCA LABAT CROSBY
                Attorneys for Defendant
                THE PRUDENTIAL INSURANCE COMPANY OF AMERICA


**ORDER**

Having reviewed the parties' foregoing stipulation and FOR GOOD CAUSE SHOWING, IT IS HEREBY ORDERED AS FOLLOWS:  The case management conference scheduled for June 30, 2006 shall be continued to July 28, 2006, at__10:00 a.m._.  The deadline by which mediation must be completed shall be continued to _July 21,_____, 2006.

Dated:  __6/26/06___

                _____
                Hon. Samuel Conti
                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*