```
 1  LAURENCE F. PADWAY (State Bar No. 83914)
    LAW OFFICES OF LAURENCE F. PADWAY
 2  1516 Oak Street, Suite 109
    Alameda, California 94501
 3  Telephone:   (510) 814-6100
    Facsimile:   (510) 814-0650
 4
    Attorneys for Plaintiff
 5  DONNA FIDDES

 6


 7  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
    MICHAEL K. BRISBIN (State Bar No. 169495)
 8  PAMELA P. PHAM (State Bar No. 235493)
    WILSON, ELSER, MOSKOWITZ,
 9  EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
10  San Francisco, California 94105-2725
    Telephone:   (415) 433-0990
11  Facsimile:   (415) 434-1370

12  Attorneys for Defendant,
    THE PRUDENTIAL INSURANCE COMPANY
13  OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONNA FIDDES, | Case No.: C05-3788 SC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE DATE FOR COMPLETION OF DISCOVERY TO JANUARY 12, 2007** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | [F.R.C.P. 29(2); Civil L.R. 7-12; Civil L.R. 16-2] |

STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF
248675.3

1  **IT IS HEREBY STIPULATED** by and between plaintiff DONNA FIDDES and defendant
2  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, through their respective counsel
3  of record, as follows:
4  
5  1. By the Court's Order issued on July 28, 2006, the last day to complete discovery in this action is December 12, 2006;
6  
7  2. The parties agree to extend the discovery cutoff to <u>January 12, 2007</u>, in part, to accommodate the schedules of the percipient witnesses herein so that their depositions could be taken before the trial of this action commences on February 12, 2007.
8  
9  **IT IS SO STIPULATED.**
10 
11 DATED: November 10, 2006         LAW OFFICES OF LAURENCE F. PADWAY
12 
13                                  By:  /s/ Laurence F. Padway
14                                       Laurence F. Padway
                                         Attorneys for Plaintiff
15                                       **DONNA FIDDES**

16 DATED: October 31, 2006          WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP
17
18
19                                  By:  /s/ Michael K. Brisbin
                                         Adrienne C. Publicover
20                                       Michael K. Brisbin
                                         Pamela P. Pham
21                                       Attorneys for Defendant
                                         **THE PRUDENTIAL INSURANCE**
22                                       **COMPANY OF AMERICA**

23 
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25
26 DATED: __11/14/06__, 2006        _____
                                    SAMUEL CO[NTI]
27                                  United States [District Judge]

                                    *IT IS SO ORDERED*
                                    *Judge Samuel Conti*
28
                                       2
STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF
248675.3

# PROOF OF SERVICE

*Donna Fiddes v. Prudential Insurance Company of America*
USDC NDCA No. C05-3788 SC

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.  On this date I served the following document(s).

**STIPULATION AND ORDER EXTENDING THE DATE FOR COMPLETION OF DISCOVERY TO JANUARY 12, 2007**

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX:  By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____:  **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

____:  **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____:  **By Facsimile** – (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Laurence F. Padway
Karen K. Wind
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA  94501
Tel:    (510) 814-6100
Fax:   (510) 814-0650
***Attorneys for Plaintiff Donna Fiddes***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **November 13, 2006,** at San Francisco, California.

_____
Joya Yeung

STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF
248675.3