1  Laurence F. Padway 83914
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Tel: (510) 814-6100
   Fax: (510) 814-0650
4
   Attorneys for Plaintiff
5  DONNA FIDDES

6  Adrienne C. Publicover
   Michael Brisbin
7  Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
   525 Market Street, 17th Floor
8  San Francisco, CA 94105-2725
   Tel: (415) 433-0990
9  Fax: (415) 434-1370

10 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
11 COMPANY OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 DONNA FIDDES,
                                                No. C05-3788 SC
16
              Plaintiff,                        **STIPULATION TO DISMISS**
17 vs.

18
   PRUDENTIAL INSURANCE
19 COMPANY OF AMERICA,

20            Defendant.
21 _____/

22
           The parties having reached a settlement of this case, IT IS HEREBY STIPULATED
23
   that this case be dismissed with prejudice, all parties to bear their own costs.
24

25

26

27

28
   Stipulation to Dismiss                    1                         C 05 03788 SC

Dated: December 8, 2006

/s/
Laurence F. Padway
Attorney for Plaintiff

Dated: December 8, 2006

Michael Brisbin
Attorney for Defendant

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that this case be dismissed with prejudice, each side to bear their own costs.

Dated:   12/11/06

IT IS SO ORDERED
Judge Samuel Conti

_____
Hon. Samuel Conti
United States Judge

Stipulation to Extend the Deadline
for Mediation and (Proposed) Order

2

C 05 03788 SC

# PROOF OF SERVICE

*Donna Fiddes v. Prudential Insurance Company of America*
USDC NDCA No. C05-3788 SC

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s).

## STIPULATION TO DISMISS

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX:** **By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

____: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: **By Facsimile** – (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Laurence F. Padway
Karen K. Wind
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:   (510) 814-6100
Fax:   (510) 814-0650
***Attorneys for Plaintiff Donna Fiddes***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **December 11, 2006**, at San Francisco, California.

_____
Joya Yeung

1
PROOF OF SERVICE
USDC NDCA C05-3788 SC
226624.1